HANNAH BARLOW, *Respondent*, v. WILLIAM J. BARLOW, *Appellant.*— So much of the order appealed from as refuses to set aside the order for the publication of the summons, affirmed; and so much of said order as refuses to set aside the attachment, reversed, and the attachment set aside with ten dollars costs, but with costs of this appeal to neither party.

HENRY W. SMITH, *Respondent*, v. BENJAMIN T. TRIMMER, *Appellant.*— Judgment reversed and new trial granted before another referee, costs to abide event.    Appeal from order denying motion for new trial on the ground of newly-discovered evidence reserved. Opinion by TALCOTT, P. J.

BENJAMIN E. BUSHNELL, *Appellant*, v. JAMES KENNA, *Respondent.*— Judgment affirmed.    Opinion by SMITH, J.; HARDIN, J., not sitting.

ALBERT V. MAYHEW and others, *Respondents*, v. HARVEY BELLINGER and others, *Appellants.*— Judgment reversed and new trial ordered before another referee, costs to abide event.    Opinion by HARDIN, J.

HANNAH CAMPBELL, *Respondent*, v. ALFRED CRANDON, *Appellant.*— Judgment and order reversed and new trial ordered in the Onondaga County Court, costs to abide event.    Opinion by TALCOTT, P. J.

AMAZIAH ELLIS, *Respondent*, v. AUGUST HORRMAN, *Impleaded, etc., Appellant.*— Judgment affirmed, with costs.    HARDIN, J., not sitting.

ALFRED H. GRISWOLD, *Appellant*, v. THE ONONDAGA COUNTY SAVINGS BANK, *Impleaded, etc., Respondent.*— Judgment affirmed, with costs.

FRIDOLINE HELD, *as Administratrix, etc., Respondent*, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*— Judgment and order reversed and new trial ordered, costs to abide event.    Opinion by HARDIN, J.

AARON R. WHITE, *Respondent*, v. THE UTICA AND BLACK RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed. Opinion by SMITH, J.